IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6:20-cv-00163-KKC |
| v. | ) ) ) ) | |
| WALMART, INC. | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION TO ENTER CONSENT DECREE

Plaintiff, Equal Employment Opportunity Commission, and Defendant Walmart, Inc., jointly move this Court to approve and enter in this lawsuit the Consent Decree that is attached as Exhibit A. In support of this motion, the parties jointly represent to this Court the following:

1. The parties wish to resolve the issues raised by Plaintiff, Equal Employment Opportunity Commission in its Complaint in Civil Action No. 6:20-cv-00163 without the burden, expense and delay of further litigation.

2. The parties waive trial, briefs, arguments, findings of fact and conclusions of law on those issues resolved through this Consent Decree.

3. The policies of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C. Section 2000e, et seq., will be effectuated by entry of the attached Consent Decree.

4.  This Consent Decree is intended to and does resolve the issues raised in the Complaint filed in Civil Action No. 6:20-cv-00163.

5.  Wherefore, the parties jointly request that this Court approve the attached Consent Decree in this lawsuit.

Respectfully submitted,

KENNETH L. BIRD
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Indianapolis District Office
101 W. Ohio Street, Suite 1900
Indianapolis, IN 46204
Telephone: (463) 999-1163
E-mail: kenneth.bird@eeoc.gov

s/ Aimee L. McFerren
Aimee L. McFerren, #36953
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Louisville Area Office
600 Dr. Martin Luther King, Jr. Pl.,
Suite 268
Louisville, KY 40202
Telephone: (502) 582-6308
E-mail: aimee.mcferren@eeoc.gov

s/ Kathryn A. Quesenberry
Kathryn A. Quesenberry
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: (502) 540-2300
Facsimile: (502) 585-2207
kathryn.quesenberry@dinsmore.com

*Counsel for Defendant*