IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6:20-cv-00163-KKC |
| v. | ) ) ) | |
| WALMART, INC. | ) ) ) | |
| Defendant. | ) ) | |

**(*Proposed*) ORDER GRANTING**
**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Upon consideration of Plaintiff Equal Employment Opportunity Commission and Defendant Walmart, Inc.'s Joint Motion for Entry of Consent Decree, the Court hereby orders that the Consent Decree is approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree.

_____                                   _____
Date                                                                            United States District Judge