IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) | Civil Action No. 6:20-CV-163-KKC |
| ) | |
| WAL-MART STORES, INC., ) ) | |
| Defendant. ) ) | |

**JOINT REPORT OF STATUS OF SATISFACTION OF CONSENT DECREE**

Come the parties, each by counsel, and file this Joint Report of Status of Satisfaction to advise the Court of the current status of Walmart's Satisfaction of the Consent Decree, entered by this Court on September 9, 2020 (DN 8). With the exception of its obligations under Paragraph 13 of the Decree, Walmart has met its obligations under the Decree and the settlement funds have been distributed by a third-party administrator to eligible class members as designated by the EEOC.

Paragraph 13 provides that Walmart is enjoined from administering or implementing any physical abilities test for purposes of hiring grocery orderfillers; by operation of the Decree, that term will expire on September 9, 2025. At that time, the parties will notify this Court and request that this matter be dismissed with prejudice and the case docket closed.

Respectfully submitted,

s:\  Aimee L. McFerren (w/ permission)
Aimee L. McFerren
Equal Employment Opportunity Commission
600 Dr. Martin Luther King, Jr. Place, Suite 268
Louisville, KY 40202
(502) 694-3837
aimee.mcferren@eeoc.gov

*Counsel for Plaintiff*

s:\ Kathryn A. Quesenberry
Kathryn A. Quesenberry
Dinsmore & Shohl LLP
101 South 5th Street, Suite 2500
Louisville, KY 40202
(502) 581-8025
(502) 581-8111 (Fax)
kathryn.quesenberry@dinsmore.com

*Counsel for Defendant*